CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 9 2006

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BENJAMIN H. JONES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05-cv-00788 |
| v. | ) | **FINAL ORDER** |
| WARDEN TRACY S. RAY, et. al., | ) | By: Hon. James C. Turk<br>Senior United States District Judge |
| Defendants. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby
**ORDERED**

that plaintiff is hereby **DENIED** the opportunity to proceed in forma pauperis, and the action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g), and is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order to and to counsel of record for the defendants, if known.

ENTER: This 9th day of January, 2006.

　　　　　　　　　　　　／s／ James C. Turk
　　　　　　　　　　　　Senior United States District Judge